

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**　　　　　　　　　　　　　　　　　　　　　　　　　312-435-5670
**Clerk**

Date: November 8, 2022

**Antonio Maurizio Romanucci**
Romanucci & Blandin, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654

RE: Tenorio et al v. Smith & Wesson Brands, Inc. et al
USDC Case Number: 22cv6186

Dear Counselor:

The records of this office indicate that on 11/7/2022 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 22LA00000493. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk

　　　　　　　　　　　　　　　　　　　　By: /s/N. Finley-Rhodes
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosure

Rev. 09/23/2016